UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JACKSON-EL,

    Plaintiff,

v

KENT COUNTY DEPARTMENT OF
HUMAN SERVICES,

    Defendant.
_____/

Case No. 1:11-cv-508

HON. JANET T. NEFF

## OPINION AND ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983, in which Plaintiff seeks payment of his S.S.I. in the form of four Gold Eagle coins and two dollar bills. On June 7, 2011, the Magistrate Judge filed an Amended Report and Recommendation, recommending that the action be dismissed upon initial review pursuant to 28 U.S.C. § 1915(e)(2). The matter is presently before the Court on Plaintiff's objections to the Amended Report and Recommendation (Dkt 11). In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Amended Report and Recommendation to which objections have been made. The Court denies the objections and issues this Opinion and Order.

Plaintiff objects to the Magistrate Judge's finding that Plaintiff's complaint fails to state a claim upon which relief may be granted. Plaintiff's Objection demonstrates his disagreement with the Magistrate Judge's conclusions, but Plaintiff's bare reference to constitutional authority, without any analysis, offers no support for a different outcome. The Magistrate Judge properly found Plaintiff failed to state a claim. The Court therefore denies the Objection.

Accordingly, this Court adopts the Magistrate Judge's Amended Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* FED. R. CIV. P. 58. Because this action was filed *in forma pauperis*, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997).

Therefore:

**IT IS HEREBY ORDERED** that the Objection (Dkt 11) is DENIED and the Amended Report and Recommendation (Dkt 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Amended Complaint (Dkt 8) is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) with prejudice for the reasons stated in the Amended Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of the Judgment would not be taken in good faith.


Dated: September 13, 2011        /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge